UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DANIEL RICHARD O'BRIEN,<br>Defendant.<br><br>and<br><br>O'BRIEN OIL COMPANY,<br>and its successors or assigns,<br>Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CR-10-318-M |

**MOTION FOR ISSUANCE OF AN AGREED GARNISHMENT ORDER**

The United States of America, the judgment creditor herein, by and through its attorney, Assistant United States Attorney, Kay Sewell, hereby moves this Court for issuance of an agreed garnishment order to satisfy a debt owed to the United States. In support, the United States shows the Court as follows:

1. Defendant, Daniel Richard O'Brien, is indebted to the United States in the amount of $119,761.37 as of October 4, 2012.

2. Defendant, Daniel Richard O'Brien, has agreed to have his wages/income garnished and the United States has agreed to accept payments in the amount of $300.00 per month. The parties agree that the amount of said payment will be reviewed annually and if a change in the amount of garnishment is warranted, an Amended Agreed Garnishment will be filed. Any Agreed Garnishment will remain in effect until this debt is paid in full or released by Plaintiff.

3. Garnishee, O'Brien Oil Company, has agreed to withhold the garnishment payment, and make payable to the ***United States District Court Clerk***, and forwarded to the ***United States District Court Clerk*** at 200 N.W 4th, Suite 1210, Oklahoma City, Oklahoma 73102, until Defendant's debt is paid in full, **or** Garnishee no longer has custody or control of any property belonging to Defendant, **or** further order of this Court.

4. Defendant agrees that the Agreed Garnishment does not preclude the United States from submitting his debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally be entitled to receive may be offset and applied to Defendant's debt.

WHEREFORE, the United States requests that the Court enter an Agreed Garnishment Order to satisfy the debt owed to the United States.

SANFORD C. COATS
United States Attorney

S/Kay Sewell
KAY SEWELL, OBA No. 10778
Assistant United States Attorney
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (phone)
(405) 553-8885 (fax)
E-mail: Kay.Sewell@usdoj.gov
ATTORNEYS FOR UNITED STATES

**CERTIFICATE OF MAILING**

I certify that on October 4, 2012, I electronically transmitted the above and foregoing Motion for Issuance of an Agreed Garnishment Order to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF recipients:

None

I further certify that on the same date, a true and correct copy of the above and foregoing was mailed to:

Defendant: Daniel Richard O'Brien
1127 Lombardy Road
Oklahoma City, OK 73118

Garnishee: O'Brien Oil Company
Attn: Payroll
201 W. Oklahoma, #233
Guthrie, OK 73044

S/Kay Sewell
Kay Sewell
Assistant United States Attorney