**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DANIEL RICHARD O'BRIEN,<br>Defendant.<br><br>and<br><br>O'BRIEN OIL COMPANY,<br>and its successors or assigns,<br>Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CR-10-318-M |

**<u>AGREED GARNISHMENT ORDER</u>**

The Court, having considered Plaintiff's Motion for issuance of an agreed garnishment order, finds that Defendant has agreed to have his wages/income garnished to satisfy a debt owed to the United States, the United States has agreed to accept payments in the amount of **$300.00 per month**. The parties agree that the amount of said payment will be reviewed annually and if a change in the amount of garnishment is warranted, an Amended Agreed Garnishment will be filed. Any Agreed Garnishment will remain in effect until this debt is paid in full or released by Plaintiff. The Garnishee has agreed to withhold and forward the garnishment payments to the United States District Court Clerk until Defendant's debt is paid in full, Garnishee no longer has custody or control of any property belonging to Defendant or further order of this Court.

**IT IS THEREFORE ORDERED** that based on the agreement of the parties:

1. Garnishee shall withhold $300.00 per month from Defendant's wages/income;

2. Garnishee shall make the garnishment payments payable to the ***<u>United States District Court Clerk</u>***;

3. Garnishee shall forward all garnishment payments to the United States District Court Clerk, 200 N.W. 4th, Suite 1210, Oklahoma City, OK 73102, until Defendant's debt is paid in full, **or** Garnishee no longer has custody or control of any property belonging to Defendant, **or** further order of this Court;

4. Garnishee shall begin withholding garnishment payments from Defendant's wages/income on the first full pay period immediately following receipt of this Order.

5. The United States shall be entitled to submit Defendant's debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally be entitled to receive may be offset and applied to Defendant's debt.

**IT IS SO ORDERED this 9th day of October, 2012.**

Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

S/Kay Sewell
KAY SEWELL, OBA No. 10778
Assistant United States Attorney
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700; (405) 553-8885 (fax)
E-mail: Kay.Sewell@usdoj.gov
ATTORNEYS FOR THE UNITED STATES

Signature Page
Agreed Garnishment
US v. Daniel Richard O'Brien
CR-10-318-M

**Original signatures maintained in*
*United States Attorney's Office*

S/Daniel Richard O'Brien
*Daniel Richard O'Brien
DEFENDANT

**Original signatures maintained in*
*United States Attorney's Office*

______________________________
*O'Brien Oil Company
GARNISHEE